_Mychel Anthonie McMillan_
Name
_1200 W Dimond Blvd Spc 1049_
Mailing address
_Anchorage, Ak 99515_
City, State, Zip
_Anchorage, Ak 99515 (907) 290-6884_
Telephone

RECEIVED

APR 24 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Mychel Anthonie McMillan_,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_NANA Corporation_,

_____,

_____,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-00082-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Mychel McMillan_,
(print your name)

who presently resides at _1200 W Dimond Blvd Spc #1049_,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *NANA Officer* _____ is a citizen of
(name)

*USA* _____, and is employed as a _____ *Officer for NaNa* _____.
(state)                                              (defendant's government position/title)

____✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
(name)

_____, and is employed as a _____.
(state)                                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)

_____, and is employed as a _____.
(state)                                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __2-10-25_____, my civil right to
__Freedom from cruel and unusual Punishment____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)
                              (Date)

was violated by _____
                              (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Officer will not let Me pass with my bought
Items insist that I'm Stealing and takes my
Shopping cart officer Ask me to loccate my
Receipt and once I Show him the correct
Receipt he offers me my Items back after
Physical Contact also the employee who witness
The Altercation were laughing and watching
as if the officer was trying to show off
His masculinity. Seems as if the officer was doing
tactics to get a rise out of me for
Shopping alone

<u>Claim 2</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 4 of 7

Claim 3: On or about _____, my civil right to

_____

(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _100,000_____

2. Punitive damages in the amount of $ _la 66m_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes ___✓___ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at _James Fitzpatrick_____ on _4-24-25_____
                     (Location)                              (Date)

_Mychael McMullen_____
          (Plaintiff's Original Signature)

_____        _____
  Original Signature of Attorney (if any)              (Date)

_____
_____
_____

Attorney's Address and Telephone Number